### Smith *v.* Mathias (et al., Appellant).

Before HONEYMAN, J.

Argued September 11, 1974. *Samuel D. Miller, III,* with him *High, Swartz, Roberts & Seidel,* for appellant; *Daniel W. B. Flint* and *William H. Kinkead, III,* with them *Wright, Spencer, Manning and Sagendorph,* for appellees.

Judgment affirmed.